# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY MICHAEL STIEGLER,
Appellant,

vs.

RENEE BAKER, WARDEN,
LOVELOCK CORRECTIONAL
CENTER,
Respondent.

No. 80334

**FILED**

FEB 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying a motion for reconsideration. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-04786

cc: Hon. Jim C. Shirley, District Judge
Gregory Michael Stiegler
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A